# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Susan F. Strohn, *Individually, as Special Administrator of the Estate of Steven C. Strohn, Deceased, and as Trustee for the Next of Kin of Steven C. Strohn, Decedent*, | Case No. 18-cv-1826-KMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Xcel Energy Inc., et al., | |
| Defendants. | |

This matter is before the Court on a letter request from Ms. Strohn's counsel. Letter from M. Coyle to Menendez, M.J. (Apr. 30, 2020) (on file with the Court). Ms. Strohn's counsel informs the Court that notice of the petition for distribution of the wrongful death settlement proceeds was sent to counsel for Steven Strohn's next-of-kin. To date, neither of the next-of-kin have provided their consent to the distribution of wrongful death settlement proceeds, but the attorneys for all of the interested parties are continuing their discussions. Accordingly, Ms. Strohn asks the Court to continue the date by which she must report to the Court whether the next-of-kin consent to the distribution or whether a hearing is necessary. *See* Order (Apr. 10, 2020), ECF No. 168. The Court finds that there is good cause to extend this deadline. To ensure that the interested parties have sufficient time to confer about the issues, the deadline for Ms. Strohn to advise the Court whether the next-of-kin identified in the petition consent to distribution of the settlement proceeds as requested and waive the appearance and notice of hearing as allowed by Minn. Gen. R. Prac. 144.05 is extended. Plaintiff shall notify the Court whether there is consent to the distribution or whether a hearing may be necessary **on or before May 8, 2020**.

In addition, Ms. Strohn's counsel asks the Court to enter an Order requiring all of Mr. Strohn's next-of-kin to execute written confirmations that the amount of the settlement, as well as its terms, be held confidential. The settlement agreements entered between the Plaintiff and the various defendants contain strict confidentiality provisions, and the petition for distribution of settlement proceeds has been filed under seal. The Court agrees, under these circumstances, that the settlement agreements, including the amount and terms thereof, must be

2

held confidential by the next-of-kin identified in the petition. To ensure that this requirement is honored, to receive notice of the amount of the settlement and the terms there of, the next-of-kin must execute written confirmations that the amount of the settlement, as well as its terms, be held confidential.

**SO ORDERED**.

Date: May 4, 2020                                               *s/ Katherine Menendez*
                                                                Katherine Menendez
                                                                United States Magistrate Judge